IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Chief Judge

Civil Case No.  04-cv-01122-LTB-MJW

DEBORA K. RUDD,
      Plaintiff,

v.

BURLINGTON COAT FACTORY WAREHOUSE OF COLORADO, INC., a Colorado corporation, and
MICHAEL NEUMAN, individually and in his capacity as supervisor,
      Defendants.

_____

ORDER OF DISMISSAL
_____

THIS MATTER having come before the Court on the Stipulation for Dismissal With Prejudice (filed October 31, 2005), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                        BY THE COURT:

                                          s/Lewis T. Babcock
                                          Lewis T. Babcock, Chief Judge

DATED: November 1, 2005